AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

William E. Beckham
652 Luthardt Road
Middle River, MD 21220

v.

National Railroad Passenger Corporation
60 Massachusetts Ave.
Washington, DC 20002
and
Maryland Transit Administration
6 Saint Paul Street, S
Baltimore, MD 21202

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01920

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 11/09/2006

TO: (Name and address of Defendant)

National Railroad Passenger Corporation
60 Massachusetts Ave., N.E.
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven C. Kahn
Law Offices of Steven C. Kahn
5028 Wisconsin Ave., N.W., Suite 300
Washington, DC 20016

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          NOV 0 9 2006
CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11/14/06, 11/15/06 |
| NAME OF SERVER *(PRINT)* Steven C. Kahn | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified mail, return receipt requested (see attached)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/17/06
          Date

Signature of Server: *[signed] Steven C. Kahn*

Address of Server: 5028 Wisconsin Ave., NW, Ste. 300, Washington, DC 20016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms Alicia M. Serfaty
Gen. Counsel & Corporate Secretary
National Railroad Passenger Corp.
60 Massachusetts Ave, NE
Washington, DC 20002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): _[illegible]_
C. Date of Delivery: 11-14-0_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0004 2813 7809

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Lisa L. Dickerson
Chief Executive Officer
Maryland Transit Admin.
6 St. Paul Street Ste 303
Baltimore, MD 21203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature: Keith Johnson]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery: 11/_/_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0004 2813 7823

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540