IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM E. BECKHAM<br>652 Luthardt Road<br>Middle River, Maryland 21220<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION<br>60 Massachusetts Avenue, N.E.<br>Washington, D.C. 20002<br><br>MARYLAND TRANSIT<br>ADMINISTRATION<br>6 Saint Paul Street<br>Baltimore, Maryland 21202<br><br>Defendants. | Civil Action No. 1:06CV1920 RJL |

**RESPONSE OF DEFENDANT NATIONAL RAILROAD PASSENGER
CORPORATION TO DEFENDANT MARYLAND TRANSIT
ADMINISTRATION'S MOTION TO DISMISS FOR IMPROPER VENUE,
OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE
AND MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Defendant National Railroad Passenger Corporation ("Amtrak") files this memorandum to state that it does not oppose defendant Metropolitan Transit Administration's ("MTA") Motion to Dismiss for Improper Venue, Or in the Alternative, Motion to Transfer Venue and Motion to Extend Time to Respond to the Complaint.

Amtrak further states that it joins the request for an extension of time to respond to the Complaint stated in paragraph 9 of MTA's motion. Specifically, Amtrak joins MTA's request for leave to file an answer or responsive pleading to the Complaint within thirty days of the date the Court issues an Order related to the proper venue for this action

or from the completion of a transfer to the United States District Court for the District of Maryland, whichever is later.

Dated: December 4, 2006

Respectfully submitted,

KRUCHKO & FRIES

By: *Keith Fischler* (signature)
Keith Fischler
DC Bar No. 377601

Counsel for Defendant
National Railroad Passenger
Corporation

OF COUNSEL:

KRUCHKO & FRIES
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
(703) 734-0554

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2006, I caused a copy of the foregoing Defendant National Railroad Passenger Corporation's Response to Metropolitan Transit Administration's ("MTA") Motion to Dismiss for Improper Venue, Or in the Alternative, Motion to Transfer Venue and Motion to Extend Time to Respond to the Complaint to be served electronically and by first-class mail, postage prepaid on

    Steven C. Kahn, Esq.
    5028 Wisconsin Avenue, N.W., Suite 300
    Washington, D.C. 20016

    Callista Freeman
    General Counsel
    Maryland Transit Administration
    6 Saint Paul Street, 12th Floor
    Baltimore, MD 21202-1614

                                  */s/ Keith Fischler*
                                  Keith Fischler