IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM E. BECKHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. )<br>_____) | Civil Action No.<br>1:06cv1920 RJL |

### CERTIFICATE PURSUANT TO RULE LCvR 7.1

I, the undersigned, counsel of record for Defendant National Railroad Passenger Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of National Railroad Passenger Corporation which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: December 4, 2006

Respectfully submitted,

KRUCHKO & FRIES

By: _____
Keith Fischler
DC Bar No. 377601

OF COUNSEL

KRUCHKO & FRIES
1750 Tysons Blvd, Suite 560
McLean, Virginia 22102
(703) 734-0554

Counsel for Defendant
National Railroad Passenger
Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2006, I caused a copy of the foregoing Certificate Pursuant to Rule LCvR 7.1 to be served electronically and by first-class mail, postage prepaid on

    Steven C. Kahn, Esq.
    5028 Wisconsin Avenue, N.W., Suite 300
    Washington, D.C. 20016

    Callista Freeman
    General Counsel
    Maryland Transit Administration
    6 Saint Paul Street, 12th Floor
    Baltimore, MD 21202-1614

_____
Keith Fischler