IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM E. BECKHAM,<br><br>Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION<br><br>and<br><br>MARYLAND TRANSIT ADMINISTRATION<br><br>Defendants. | Civil Action No. 1:06-CV-01920<br>Judge Richard J. Leon |

## ORDER

Upon review of the Maryland Transit Administration's motion to dismiss for improper venue or, alternatively, to transfer and to extend time within which to file a responsive pleading, and Plaintiff's opposition thereto, it is this __ day of _____, 200__, **ORDERED** that the motion be **DENIED**.

_____
Judge Richard J. Leon

cc:

Steven C. Kahn, Esq.
Clifford Scharman, Esq.
Law Offices of Steven C. Kahn
5028 Wisconsin Avenue, N.W., Suite 200
Washington, D.C. 20016
Attorneys for Plaintiff

Keith Fischler, Esq.
Desmond McIlwain, Esq.
Kruchko & Fries
1750 Tysons Boulevard, Suite 560
McLean, Virginia 22102
Attorneys for Co-Defendant N.R.P.C.

Callista Freedman, Esq.
Office of Counsel
Maryland Transit Administration
6 Saint Paul Street, 12th Floor
Baltimore, Maryland 21202