UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WILLIAM E. BECKHAM,        )
                           )
        Plaintiff,         )
                           )
    v.                     )   Civ. Action No. 06-cv-1920 (RJL)
                           )
NATIONAL RAILROAD          )
PASSENGER CORP., *et al.*, )
                           )
        Defendants.        )
_____)

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this _22nd_ day of May 2007, hereby

**ORDERED** that [#5] the MTA's motion to transfer this case to the United States District Court for the District of Maryland is GRANTED.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

