IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM E. BECKHAM, | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:06CV01920 |
| | | Judge Richard J. Leon |
| NATIONAL RAILROAD PASSENGER CORP. | * | |
| | * | |
| And | | |
| | * | |
| MARYLAND TRANSIT ADMINISTRATION, | | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Pursuant to Local Rule LCvR 83.2(f), Defendant Maryland Transit Administration requests this Court enter the appearances of Glenn T. Marrow, Assistant Attorney General, as designee of Douglas F. Gansler, Attorney General of the State of Maryland.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

_____/s/_____
Glenn T. Marrow
Assistant Attorney General
Maryland Transit Administration
6 Saint Paul Street, 12th Floor
Baltimore, Maryland 21202-1614
Telephone: (410) 767-3859
Facsimile: (410) 333-2584
E-mail: GMarrow@oag.state.md.us
        GMarrow@mtamaryland.com

**PROOF OF SERVICE**

I HEREBY CERTIFY that on this 18th day of June, 2007, a copy of the foregoing Notice of Appearance was served on all parties by the United State District Court for the District of the District of Columbia by the Electronic Case Filing system.

_____/s/_____
Glenn T. Marrow
Attorney for Defendant